Gordon O. HOFF, Sr., Petitioner–
Appellant,

v.

UNITED STATES of America,
Respondent–Appellee.

No. 00–1844.

United States Court of Appeals,
Seventh Circuit.

Submitted March 5, 2001.[*]

Decided May 8, 2001.

Before EASTERBROOK, MANION,
and DIANE P. WOOD, Circuit Judges.

Order

In this collateral attack under 28 U.S.C. § 2255, Gordon Hoff contends that his sentence of life imprisonment is unconstitutional because it was imposed without submitting to a jury (for decision beyond a reasonable doubt) the type and quantity of drugs he distributed. See *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), applied to federal drug offenses by *United States v. Nance*, 236 F.3d 820 (7th Cir.2000). Because this is a collateral attack, Hoff must show "cause" for his failure to ask the district court to submit these issues to the jury at the time of his trial, and "prejudice" from the failure to do so. See *United States v. Smith*, 241 F.3d 546 (7th Cir.2001); see also *Garrott v. United States*, 238 F.3d 903 (7th Cir.2001). Hoff has not established either "cause" or "prejudice" as those terms are used in the law of collateral attack. Therefore, on the authority of *Smith*, the district court's order denying Hoff's application for collateral relief is

AFFIRMED.

---

[*] After an examination of the briefs and the record, we have concluded that oral argument is unnecessary, and the appeal is submitted on the briefs and the record. See Fed. R.App. P. 34(a); Cir. R. 34(f).